UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BIG CAT RECORDS, LLC,

                Plaintiff,

   -against-

La FLARE ENTERTAINMENT, LLC,

                Defendant.
------------------------------------------------------------------X

07 CV 8161 (BSJ)

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff **Big Cat Records, LLC** (a private, non-governmental party), certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

**NONE**

Dated:   New York, New York
           September 18, 2007

                                        EISENBERG TANCHUM & LEVY
                                        Attorneys for Plaintiff Big Cat Reeords, LLC

                                        James E. Doherty (JD 1596)
                                        675 Third Avenue, Suite 2900
                                        New York, NY 10017
                                        (212) 599-0777
                                        JDoherty@etllaw.com