UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

BIG CAT RECORDS, LLC,                    :        07 Civ. 8161 (BSJ)

        Plaintiff,                              :

        -against-                              :        **AFFIDAVIT OF SERVICE**

La FLARE ENTERTAINMENT, LLC,             :

        Defendant.                              :
-----------------------------------------------------------X

    Maureen N. Dickson, being duly sworn, says: I am not a party to the action, am over 18 years of age and reside at New York, New York.

    On September 19, 2007, I personally served the within MEMORANDUM OF LAW upon:

Pryor Cashman LLP
Attorneys for Defendants
410 Park Avenue
New York, New York 10022

by delivering a true copy thereof, by hand, to the persons described above, at the address indicated on the Order to Show Cause. I knew the persons served to be the persons mentioned and described in said papers as attorneys for the defendant.

                                                 Maureen N. Dickson

Sworn to before me this
19th day of September 2007

_____
Notary Public

JAMES E. DOHERTY
Notary Public, State of New York
No. 02DO5050294
Qualified in New York County
Commission Expires October 10, 2009

G:\APPL\PUBDOC\02154\AffServ002.doc