UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BIG CAT RECORDS, LLC,                    :    07 Civ. 8161 (BSJ)

        Plaintiff,                           :

    -against-                                :    **ORDER TO SHOW CAUSE**

La FLARE ENTERTAINMENT, LLC,             :

        Defendant.                           :
------------------------------------------------------------X

    Upon the affidavits of Thomas Silverman sworn to on the 17th day of September, 2007, Marlon Rowe and Stewart L. Levy, both sworn to on the 18th day of September, 2007, the exhibits annexed thereto; upon the memorandum of law dated September 18, 2007; and upon the copy of the summons and complaint annexed hereto, it is

    ORDERED, that the above named defendant LaFlare Entertainment, LLC ("Defendant") show cause before a motion term of this Court, at Room __8B__ United States Courthouse, 500 Pearl Street, New York, New York on __Sept. 21__, 2007, at __10:00__ o'clock in the __fore__noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to 28 U.S.C. §§ 2201, 2202 and Rule 57 of the Federal Rules of Civil Procedure scheduling an expedited hearing in connection with plaintiff Big Cat Records, LLC's ("Plaintiff") request for a declaratory judgment that seeks an order:

    (a) confirming Plaintiff's ownership rights in certain sound recordings, as described in the complaint; and

    (b) enjoining Defendant from commencing an action for willful copyright infringement against Plaintiff based on Plaintiff's commercial exploitation of such sound recordings; and it is further

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/07
```

ORDERED that, personal service of a copy of this order and the accompanying papers annexed hereto upon attorneys for defendant LaFlare Entertainment, LLC, at their place of business, Pryor Cashman LLP, 410 Park Avenue, New York, New York 10022, shall be deemed good and sufficient if made on or before September 19, 2007 by hand delivery.

Dated: New York, New York
September 18, 2007

_____
U.S.D.J.
9/18/07