Donald S. Zakarin (DZ-6355)
Anika Lewis (AL-2005)
PRYOR CASHMAN SHERMAN & FLYNN LLP
410 Park Avenue, 10th Floor
New York, New York 10022-4441
(212) 421-4100

Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X

BIG CAT RECORDS, LLC,                              :          07 Civ. 8161 (BSJ)
                                                   :
                    Plaintiff,                     :
                                                   :
        -against-                                  :
                                                   :
La FLARE ENTERTAINMENT, LLC,                       :
                                                   :
                    Defendant.                     :
-------------------------------------------------------- X

## <u>AFFIRMATION OF SERVICE</u>

I, Anika Lewis, an associate at Pryor Cashman LLP and a member of the bar of the

Southern District of New York, do hereby certify that on the 20th day of September 2007 I

caused to be served true copies of the Affirmation of Donald S. Zakarin, Esq. dated September

20, 2007 and the Declaration of Michael Kushner dated September 20, 2007 in response to

Plaintiff's Motion by Order to Show Cause dated September 18, 2007 on:

Stewart L. Levy, Esq.
Eisenberg Tanchum & Levy
675 Third Avenue
New York, New York 10017
Attorneys for Plaintiff

by (i) sending true copies thereof by facsimile to the above address and (ii) depositing true copies

thereof, enclosed in an envelope, into the custody of Federal Express for overnight delivery, prior to the latest time designated by that service for overnight delivery.

Dated: New York, New York
      September 20, 2007

                                                          Anika Lewis