Donald S. Zakarin (DZ-6355)
Anika Lewis (AL-2005)
PRYOR CASHMAN SHERMAN & FLYNN LLP
410 Park Avenue, 10th Floor
New York, New York 10022-4441
(212) 421-4100

Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
BIG CAT RECORDS, LLC,                    :          07 Civ. 8161 (BSJ)
                                         :
             Plaintiff,                  :
                                         :
    -against-                            :
                                         :
La FLARE ENTERTAINMENT, LLC,             :
                                         :
             Defendant.                  :
-------------------------------------------------------- X

## AFFIRMATION OF SERVICE

I, Anika Lewis, an associate at Pryor Cashman LLP and a member of the bar of the Southern District of New York, do hereby certify that on the 25th day of September 2007 I caused to be served a true copy of the Memorandum of Law dated September 25, 2007 on:

Stewart L. Levy, Esq.
Eisenberg Tanchum & Levy
675 Third Avenue
New York, New York 10017
Attorneys for Plaintiff

by sending a true copy thereof (i) by facsimile and (ii) via First Class Mail to the above address.

Dated: New York, New York
       September 25, 2007

_____
Anika Lewis