AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

BIG CAT RECORDS, LLC

v.

La FLARE ENTERTAINMENT, LLC,

**APPEARANCE**

Case Number: 07 CV 8161(BSJ)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

La FLARE ENTERTAINMENT, LLC

I certify that I am admitted to practice in this court.

September 26, 2007
Date

*(signature)*
Signature

Anika Lewis — AL 2005
Print Name — Bar Number

410 Park Avenue
Address

New York, New York 10022
City — State — Zip Code

(212) 326-0129 — (212) 798-6939
Phone Number — Fax Number