AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

BIG CAT RECORDS, LLC

v.

La FLARE ENTERTAINMENT, LLC,

**APPEARANCE**

Case Number: 07 CV 8161(BSJ)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

La FLARE ENTERTAINMENT, LLC

I certify that I am admitted to practice in this court.

September 26, 2007
Date

Signature

Donald S. Zakarin      DZ 6355
Print Name                Bar Number

410 Park Avenue
Address

New York, New York 10022
City            State            Zip Code

(212) 326-0108            (212) 798-6306
Phone Number              Fax Number