Donald S. Zakarin (DZ-6355)
Anika Lewis (AL-2005)
PRYOR CASHMAN SHERMAN & FLYNN LLP
410 Park Avenue, 10th Floor
New York, New York 10022-4441
(212) 421-4100

Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BIG CAT RECORDS, LLC,                :        07 Civ. 8161 (BSJ)
                                     :
                Plaintiff,           :
                                     :        **DEFENDANT'S**
        -against-                    :        **RULE 7.1 STATEMENT**
                                     :
La FLARE ENTERTAINMENT, LLC,         :
                                     :
                Defendant.           :
------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant La Flare Entertainment, LLC, by its attorneys, Pryor Cashman LLP, hereby certifies that it has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

Dated: September 26, 2007
       New York, New York

                                        PRYOR CASHMAN LLP
                                        Attorneys for Defendant

                                        By: _____
                                            Donald S. Zakarin (DZ-6355)
                                            Anika Lewis (AL-2005)
                                            410 Park Avenue
                                            New York, New York 10022
                                            (212) 421-4100